C

CASE 0:11-cv-00481-JRT-JJG   Document 1-7   Filed 02/25/11   Page 1 of 2

## MATURITY SCHEDULE
## $352,705,000.00 Current Interest Bonds

| | | |
|---|---|---|
| $68,890,000 | 5.625% Term Bond Due January 1, 2032 | Price 98.470% |
| $55,930,000 | 5.625% Term Bond Due January 1, 2034 | Price 98.145% |
| $227,885,000 | 5.375% Term Bond Due January 1, 2040 | Price 93.584% |

### $98,743,217.30 Capital Appreciation Bonds

| Due (January 1) | Aggregate Initial Denominational Amount | Approximate Yield to Maturity | Initial Denominational Amount per $5,000 Final Accreted Value |
|---|---|---|---|
| 2007 | $ 2,469,771.90 | 5.01% | $ 3,370,000 |
| 2008 | 2,698,210.20 | 5.07 | 3,885,000 |
| 2009 | 2,750,189.20 | 5.12 | 4,180,000 |
| 2010 | 4,435,715.60 | 5.18 | 7,130,000 |
| 2011 | 4,441,743.90 | 5.28 | 7,590,000 |
| 2012 | 4,093,179.00 | 5.38 | 7,450,000 |
| 2013 | 5,191,959.70 | 5.48 | 10,085,000 |
| 2014 | 4,679,888.40 | 5.58 | 9,720,000 |
| 2015 | 4,454,133.60 | 5.65 | 9,870,000 |
| 2016 | 5,119,488.00 | 5.72 | 12,120,000 |
| 2017 | 4,826,098.80 | 5.76 | 12,165,000 |
| 2018 | 4,475,166.20 | 5.80 | 12,020,000 |
| 2019 | 5,037,945.90 | 5.84 | 14,430,000 |
| 2020 | 4,745,820.00 | 5.87 | 14,480,000 |
| 2021 | 4,415,843.60 | 5.90 | 14,360,000 |
| 2022 | 4,930,761.10 | 5.92 | 17,065,000 |
| 2023 | 4,607,171.80 | 5.93 | 16,940,000 |
| 2024 | 4,301,407.80 | 5.94 | 16,805,000 |
| 2025 | 4,697,584.20 | 5.95 | 19,505,000 |
| 2026 | 4,250,265.60 | 5.96 | 18,760,000 |
| 2027 | 3,940,219.00 | 5.97 | 18,490,000 |
| 2028 | 4,238,407.40 | 5.97 | 21,095,000 |
| 2029 | 3,942,246.40 | 5.97 | 20,810,000 |

2320109.1