# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Wells Fargo Bank, N.A., Trustee, | Civil No. 11-481 (RHK/JJG) |
| Petitioner, | **DISQUALIFICATION AND <u>ORDER FOR REASSIGNMENT</u>** |
| vs. | |
| Eaton Vance Municipal Income Trust, et al., | |
| Respondents. | |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 1, 2011

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge