UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE THE TRUSTEESHIP CREATED BY THE DIRECTOR OF THE STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY; <br><br> _____ <br><br> WELLS FARGO BANK, N.A., <br><br> Petitioner, <br><br> v. <br><br> EATON VANCE MUNICIPAL INCOME TRUST *et al.,* <br><br> Respondents. | Civil No. 11-0481 (JRT/JJG) <br><br> **ORDER** |

Patrick McLaughlin and Todd Pearson, **DORSEY & WHITNEY LLP**, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for petitioner.

Jeffrey Spear, Joel Walker, and Kenneth Argentieri, **DUANE MORRIS LLP**, 600 Grant Street, Suite 5010, Pittsburgh, PA 15219; Robert Thavis, **LEONARD STREET AND DEINARD, PA**, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, for respondents.

This matter is before the Court on plaintiff's motion to expedite hearing on motion to remand. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that plaintiff's motion to expedite hearing on motion to remand [Docket No. 15] is **DENIED**. The parties are directed to follow the Court's standard briefing schedule for the motion, as indicated in Docket Entry No. 9.

DATED: March 11, 2011
at Minneapolis, Minnesota.

                                        s/ John R. Tunheim
                                        JOHN R. TUNHEIM
                                        United States District Judge