UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE THE TRUSTEESHIP CREATED BY THE DIRECTOR OF THE STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY;<br><br>WELLS FARGO BANK, N.A., *TRUSTEE*,<br><br>               Petitioner,<br><br>v.<br><br>EATON VANCE MUNICIPAL INCOME TRUST, EATON VANCE MUNICIPAL BOND FUND, AND EATON VANCE MUNICIPAL BOND FUND II,<br><br>               Respondents. | Civil No. 11-0481 (JRT/JJG)<br><br><br><br>**ORDER** |

    Patrick J. McLaughlin, Johanna Huntley, and Todd C. Pearson, **DORSEY & WHITNEY LLP**, 50 South 6th Street, Suite 1500, Minneapolis, MN 55402, for petitioner.

    Amanda K. Schlitz and Robert P. Thavis, **LEONARD STREET AND DEINARD, PA**, 150 South 5th Street, Suite 2300, Minneapolis, MN 55402; Jeffrey W. Spear, Joel M. Walker, and Kenneth M. Argentieri, **DUANE MORRIS LLP**, 600 Grant Street, Suite 5010, Pittsburgh, PA 15219, for respondent.

This matter came before this Court upon the Notice of Voluntary Dismissal with Prejudice filed by petitioner on June 29, 2011 [Docket No. 49].

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Petition for Instruction is **DISMISSED WITHOUT PREJUDICE** and without costs or attorneys' fees to either side.

DATED: July 1, 2011
at Minneapolis, Minnesota.

                                                s/ John R. Tunheim
                                                JOHN R. TUNHEIM
                                             United States District Judge